## Commonwealth ex rel. McClintic, Appellant, v. Rundle.

Submitted September 14, 1964. *Richard H. McClintic,* appellant, in propria

persona; *John Watts Barrett, Jr.,* Assistant District Attorney, and *Bernard V. O'Hare, Jr.,* District Attorney, for appellee.

Order affirmed.